UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TODD D. GOODMAN )<br>        Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>JOHN and JANE DOES 1-10, and )<br>LINDA LAGOY )<br>        Defendants. ) | **JUDGMENT**<br>**CASE NO. 4:13-CV-139-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Lagoy's motion to dismiss the Lanham Act claim [DE-12] is ALLOWED and the Lanham Act claim is DISMISSED with prejudice. The court declines to extend supplemental jurisdiction over the remaining claims in this lawsuit, and the complaint is DISMISSED. The first motion to dismiss [DE-7] is DENIED as moot, and the motion for entry of default [DE-8] is DENIED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 28, 2014, and Copies To:**

Mark W. Ishman (via CM/ECF Notice of Electronic Filing)
Linda LaGoy (P.O. Box 1284, Havelock, NC 28532)

| | |
|---|---|
| DATE<br>March 28, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Jacqueline B. Grady<br>(By) Jacqueline B. Grady, Deputy Clerk |